UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

**DERRECK COLEMAN POWERS**                          CASE NO. 18-51752

**DEBTOR**

### ORDER

The Debtor filed a chapter 7 Petition on September 24, 2018, in which the Debtor disclosed that his attorney, Brian T. Canupp, agreed to represent the Debtor for $915.00. Counsel indicated on the Disclosure of Compensation that he has agreed to share the disclosed compensation with a person or persons who are not members or associates of his law firm. Despite language in the Disclosure that a copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached, no such information was provided. Because the Disclosure fails to comply with FED. R. BANKR. P. 2016,

It is ORDERED that Counsel shall supplement the record **no later than October 2, 2018,** with a copy of the fee sharing agreement and the names of the person or persons sharing in the compensation.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Wednesday, September 26, 2018
(grs)